# *EXHIBIT A*

*EXHIBIT A*

## Case Information

DC-18-17794 | JEREMY REED vs. QUICKEN LOANS, INC.

| | | |
|---|---|---|
| **Case Number**<br>DC-18-17794 | **Court**<br>116th District Court | **Judicial Officer**<br>PARKER, TONYA |
| **File Date**<br>11/28/2018 | **Case Type**<br>CNTR CNSMR COM DEBT | **Case Status**<br>OPEN |

## Party

**PLAINTIFF**
REED, JEREMY

**Address**
C/O WARD LEGAL GROUP
12801 N. CENTRAL EXPRESSWAY, SUITE 460
DALLAS TX 75243

**Inactive Attorneys** ▼
Lead Attorney
WARD, LLOYD EUGENE
Retained

**Work Phone**
214-736-1846

**Fax Phone**
214-736-1833

**DEFENDANT**
QUICKEN LOANS, INC.

**Address**
BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS TX 75201

## Events and Hearings

11/28/2018 NEW CASE FILED (OCA) - CIVIL

11/28/2018 CASE FILING COVER SHEET ▼

COVER SHEET

11/28/2018 ORIGINAL PETITION ▼

ORIGINAL PETITION

11/28/2018 JURY DEMAND ▼

JURY DEMAND

11/28/2018 ISSUE CITATION ▼

ISSUE CITATION

11/30/2018 CITATION ▼

Anticipated Server
ESERVE
Anticipated Method
Actual Server
PRIVATE PROCESS SERVER
Returned
12/04/2018
Comment
ESERVE/KM

12/04/2018 RETURN OF SERVICE ▼

CITATION-QUICKEN LOANS

   Comment
   CITATION-QUICKEN LOANS INC

## Financial

REED, JEREMY

|  | | | |
|---|---|---|---|
| Total Financial Assessment | | | $340.00 |
| Total Payments and Credits | | | $340.00 |
| 11/27/2018 | Transaction Assessment | | | $340.00 |
| 11/27/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78058-2018-DCLK | REED, JEREMY | ($340.00) |

## Documents

- COVER SHEET
- ORIGINAL PETITION
- JURY DEMAND
- ISSUE CITATION
- CITATION-QUICKEN LOANS