IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-3377-K |
| | § | |
| QUICKEN LOANS INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant Quicken Loans Inc.'s Partial Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative to Stay the Case in Its Entirety (Doc. No. 26). After careful consideration, the Court hereby **STAYS** the case in its entirety. In light of staying the case, the Court **denies without prejudice to refiling** Defendant's partial motion to dismiss Plaintiff's claims. The Court does not rule on the merits of Defendant's partial motion to dismiss in this Order. The parties shall submit a written joint report to the Court every ninety (90) days notifying the Court of the status of *Duguid v. Facebook, Inc.*

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

ORDER – PAGE 1

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed December 19th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE