IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY REED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-03377-K |
| | § | |
| QUICKEN LOANS INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT

Pursuant to this Court's December 19, 2019 Order (Dkt. 43) Plaintiff Jeremey Reed and Defendant Quicken Loans, LLC, formerly Quicken Loans Inc., (collectively "the Parties") submit this Joint Report on the status of *Facebook, Inc. v. Duguid*, No. 19-511 ("*Duguid*"), a case which should resolve the expanding circuit split on the "automatic telephone dialing system" (ATDS) element of Plaintiff's Telephone Consumer Protection Act (TCPA) claim. As detailed in Quicken Loans' Notice filed on July 9, 2020 (Dkt. 49), the Supreme Court granted Facebook, Inc.'s petition for certiorari as to the second question presented and will hear arguments in the case next term. The second question addresses "[w]hether the definition of ATDS in the TCPA encompasses any device that can "store" and "automatically dial" telephone numbers, even if the device does not "us[e] a random or sequential number generator." That question is at the heart of Plaintiff's ATDS claim here, and so the Court should extend the stay in this matter until the Supreme Court issues an opinion resolving the ATDS question. Facebook, Inc.'s brief on the merits was filed on September 4, 2020 and the United States filed a supporting brief the same day. Respondent's brief on the merits is currently due October 16, 2020.

The Parties have each agreed to the content and form of this Joint Report by their signatures below.

Date: September 14, 2020                                           Date: September 14, 2020

*/s/ Lloyd E. Ward*                                                */s/ W. Kyle Tayman*
Lloyd E. Ward, Esq.                                                W. Kyle Tayman (Massachusetts Bar No. 672574)
**WARD LEGAL GROUP PLLC**                                          *Admitted pro hac vice*
12801 North Central Expressway                                     **GOODWIN PROCTER LLP**
North Central Plaza III, Ste. 460                                  1900 N St., N.W.
Dallas, Texas  75243                                               Washington D.C. 20036
Telephone:  (214) 736-1846                                         Tel.: (202) 346-4000
Fax:  (214) 736-1833                                               Fax: (202) 346-4444
                                                                   ktayman@goodwinlaw.com
**COUNSEL FOR PLAINTIFF**
                                                                   C. Vernon Hartline, Jr. (State Bar No. 09159500)
                                                                   **HARTLINE BARGER LLP**
                                                                   8750 N. Central Expressway, Suite 1600
                                                                   Dallas, Texas 75231
                                                                   214-369-2100 (telephone)
                                                                   214-369-2118 (facsimile)
                                                                   hartline@flash.net

                                                                   **COUNSEL FOR QUICKEN LOANS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, a correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

*/s/ W. Kyle Tayman*