IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEREMY REED** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:18-cv-03377-K |
| **QUICKEN LOANS INC.** | § § § | |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Jeremy Reed ("Plaintiff") and Quicken Loans, LLC (F/K/A QUICKEN LOANS INC.) ("Quicken Loans") (collectively, the "Parties") stipulate and agree that Plaintiff hereby dismisses all of his claims against Quicken Loans with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

The Parties have each agreed to the content and form of this Stipulation of Dismissal by their signatures below.

| | |
|---|---|
| Date: May 18, 2021 | Date: May 18, 2021 |
| Counsel for Plaintiff Jeremy Reed | Counsel for Quicken Loans, LLC |

/s/ Lloyd E. Ward
Lloyd E. Ward, Esq.
**WARD LEGAL GROUP PLLC**
12801 North Central Expressway
North Central Plaza III, Ste. 460
Dallas, Texas  75243
Tel.:  (214) 736-1846
Fax:  (214) 736-1833

**COUNSEL FOR PLAINTIFF**

/s/ W. Kyle Tayman
W. Kyle Tayman
*Admitted pro hac vice*
**GOODWIN PROCTER LLP**
1900 N St., N.W.
Washington D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
ktayman@goodwinlaw.com

DARREL L. BARGER
State Bar No. 01733800
dbarger@hartlinebarger.com
**HARTLINE BARGER LLP**
800 N. Shoreline Blvd., Suite 2000 North
Corpus Christi, Texas 78401
Tel.: (361) 866-8000
Fax: (361) 866-8039

**COUNSEL FOR QUICKEN LOANS, LLC**

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2021, a correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

/s/ Lloyd E. Ward
Lloyd E. Ward, Esq.